IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSEPH SUBLETT & VIRGINIA SUBLETT,**

    **Plaintiffs,**

    **VS.**

**AIR & LIQUID SYSTEMS CORP., et al,**

    **Defendants.**                      **NO. 11-CV-433-GPM**

### **O R D E R**

**HERNDON, Chief Judge**

Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge G. Patrick Murphy. All further documents filed in this matter shall bear case number **11-CV-433-GPM.**

    **IT IS SO ORDERED.**

**DATED:** June 29, 2011

Digitally signed by David R. Herndon
Date: 2011.06.29 14:30:30 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT